Prob 12 (10/09)
VAE (rev. 5/23)

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. Mujahid Nasiruddin                            Docket No. 1:97CR00223-001

### Petition on Supervised Release

COMES NOW Eric Olson, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Mujahid Nasiruddin, who was placed on supervision by the Honorable Richard L. Williams, United States District Judge (retired) sitting in the Court at Alexandria, Virginia, on the 10th day of December, 1997, who fixed the period of supervision at three (3) years, and imposed the general terms and conditions heretofore adopted by the Court but imposed no special conditions and terms.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

See Attachment(s)

**PRAYING THAT THE COURT WILL ORDER** a summons to be issued directing that the offender appear before the Court to review the imposition of the conditions of supervised release listed on Page 2 of this report. It is additionally respectfully recommended the Court appoint the Office of the Federal Public Defender to represent the defendant.

Returnable Date: _____

**ORDER OF COURT**

Considered and ordered this 22nd day of Aug 20 24 and ordered filed and made a part of the records in the above case.

_Claude M. Hilton_
Claude M. Hilton
United States District Judge

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:

_signature_                                    7/31/2024
Eric Olson
Senior U.S. Probation Officer
(703) 299-2341

Place Alexandria, Virginia

**TO CLERK'S OFFICE**

**Petition on Supervised Release**  Page 2
**RE: Nasiruddin, Mujahid**

OFFENSE: Aggravated Sexual Abuse, in violation of Title 18 U.S.C. § 2241(a)(1) & 2

SENTENCE: Three hundred sixty-five (365) months' imprisonment to be followed by three (3) years of supervised release. A $100 special assessment fee was imposed as a matter of law. No special conditions of supervised release were imposed.

ADJUSTMENT TO SUPERVISION: On July 25, 2024, the defendant was released to begin supervised release. Prior to his release from incarceration, he proposed a residence with his sister and other family members in Chester, Virginia. An officer from United States Probation Office in Richmond investigated this address and denied it. The defendant is currently homeless. The probation office is funding a temporary placement at a hotel in Alexandria, Virginia, for the defendant. Additionally, funds for food and public transportation were also provided to the defendant.

RECOMMENDATION: Based on the defendant's offense of conviction and his personal history and characteristics, the following special conditions of supervised release appear appropriate. The recommendation for the below conditions considers the relevant policy and statutory provisions, and the proposed are the least restrictive conditions:

1) The defendant shall participate in a program approved by the United States Probation Office for mental health treatment, to include a psychosexual evaluation and sex offender treatment. The costs of these programs are to be paid by the defendant as directed by the probation officer. The defendant shall waive all rights of confidentiality regarding sex offender/mental health treatment to allow the release of information to the United States Probation Office and authorize communication between the probation officer and the treatment provider.
2) The defendant shall submit to periodic polygraph testing at the discretion of the probation officer to ensure compliance with the requirements of the defendant's supervision and/or treatment program. The costs of the testing are to be paid by the defendant, as directed by the probation officer.
3) Pursuant to the Adam Walsh Child Protection and Safety Act of 2006, the defendant shall register with the state sex offender registration agency in any state where the defendant resides, works, and attends school, according to federal and state law and as directed by the probation officer.
4) Pursuant to the Adam Walsh Child Protection and Safety Act of 2006, the defendant shall submit their person, property, house, residence vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States probation officer. Failure to submit to a search may be grounds for revocation of release. The defendant must warn any other occupants that the premises may be subject to searches pursuant to this condition. The probation officer may conduct a search under this condition only when reasonable suspicion exists that the defendant has violated a condition of supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.
5) At the direction of the probation office, the defendant shall disclose his criminal history to any employer and shall permit the probation office to verify his compliance with this requirement. The defendant's employment must be preapproved by the probation office.

ECO/

Petition on Supervised Release  Page 3
RE: Nasiruddin, Mujahid

Name: Mujahid Nasiruddin
Case Number: 1:97CR00223-001

# CONFIDENTIAL
## Offender's Personal Information

| | | | |
|---|---|---|---|
| DOB: | 10/19/1966 | PHONE: | 703-304-9099 |
| SSN: | 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 | FBI NO.: | 718452DA9 |
| SEX: | Male | REG NO.: | 32770-037 |
| ADDRESS: | 110 S. Bragg Street, Room 315 Alexandria, Virginia 22312 | RACE: | Black/Not Hispanic |

CJA-23 (Rev 3/21)

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

IN THE UNITED STATES ☑ DISTRICT COURT ☐ COURT OF APPEALS ☐ OTHER (Specify Below)
IN THE CASE OF
United States v. Mujahid Nasiruddin
FOR
AT
LOCATION NUMBER

PERSON REPRESENTED (Show your full name)
Mujahid Nasiruddin aka John Crooks

1 ☑ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Supervised Release Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

DOCKET NUMBERS
Magistrate Judge

District Court
1:97CR00223-001

Court of Appeals

CHARGE/OFFENSE (Describe if applicable & check box →) ☑ Felony ☐ Misdemeanor
Aggravated Sexual Abuse 18 USC 2241

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**
Do you have a job? ☐ Yes ☑ No
IF YES, how much do you earn per month? _____
Will you still have a job after this arrest? ☐ Yes ☐ No ☑ Unknown

**PROPERTY**
Do you own any of the following, and if so, what is it worth?

| | APPROXIMATE VALUE | DESCRIPTION & AMOUNT OWED |
|---|---|---|
| Home | $ 0.00 | |
| Car/Truck/Vehicle | $ 0.00 | |
| Boat | $ 0.00 | |
| Stocks/bonds | $ 0.00 | |
| Other property | $ 0.00 | |

**CASH & BANK ACCOUNTS**
Do you have any cash, or money in savings or checking accounts? ☑ Yes ☐ No
IF YES, give the total approximate amount after monthly expenses $ 75.00

**OBLIGATIONS, EXPENSES, & DEBTS**

How many people do you financially support? 0

| BILLS & DEBTS | MONTHLY EXPENSE | TOTAL DEBT |
|---|---|---|
| Housing | $ 0 | $ |
| Groceries | $ | $ |
| Medical expenses | $ | $ |
| Utilities | $ | $ |
| Credit cards | $ | $ |
| Car/Truck/Vehicle | $ | $ |
| Childcare | $ | $ |
| Child support | $ | $ |
| Insurance | $ | $ |
| Loans | $ | $ |
| Fines | $ | $ |
| Other | $ 0 | $ 0 |

I certify under penalty of perjury that the foregoing is true and correct.

_____
SIGNATURE OF DEFENDANT
(OR PERSON SEEKING REPRESENTATION)

Date: 7/29/24