**In the United States District Court for the Eastern District of Virginia**
**Alexandria Division**

| | | |
|---|---|---|
| **United States of America** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:97cr223** |
| | ) | **Hon. Michael S. Nachmanoff** |
| **Mujahid Nasiruddin,** | ) | |
| | ) | |
| | ) | |

**<u>Motion to Seal</u>**

Beginning in 1997, Mr. Nasiruddin served a 365-month sentence and was released in 2024 to three years of Supervised Release. While on Supervised Release, Mr. Nasiruddin initially had some housing instability, which was quickly resolved, and a No Action Report following positive tests in early 2026. *See* Petition, ECF No. 105. Since that No Action Violation Report covering through March, Mr. Nasiruddin has no positive tests. He has missed several tests due to his employment as a commercial truck driver; his employer acknowledges the occasional conflict between his work hours and the operating hours of the USPO in her letter to the Court. *See* Exhibit 1. However, as the chart below indicates, he reports for testing either the next day or within several days. The substances Mr. Nasiruddin has struggled with – marijuana and cocaine – do not break down so quickly that such a delay would hide drug use.

Testing for 2026[1]:

January 21: Positive for marijuana
February 26: Positive for marijuana
March 11: Positive for marijuana, cocaine.
April 7: Negative Test (Petition indicates interpretation report confirmed no new use)
April 10: Failed to call Code-A-Phone
April 13: ***Petition indicates "confirmed results" but no new use indicated with April 7 use. Unclear what ultimate outcome was.
April 27: Failed to call Code-A-Phone.
April 30: Negative Test
May 6: Reported stuck in report, would report next day.
May 7: Negative Test
May 11: Negative Test
May 19: Negative Test
June 4: Reported that Code-A-Phone did not indicate a required test
June 5: Negative Test
June 12: Negative Test
June 15: Reported working, unable to report.
June 16: Negative Test
July 2: Failed to call Code-A-Phone
July 7: Negative Test
July 17: Negative Test
July 30: Negative Test
August 14: Negative Test
August 19: Negative Test

Earlier this year, Mr. Nasiruddin was enrolled in drug treatment. He had a disagreement with the program leader and was terminated from the program. (The pending petition does not include an allegation or charge for failing to attend or complete drug treatment.) He has since found a new drug treatment provider

[1] The testing dates were provided by Probation Officer Alexandria Watson on August 24, 2026; the information from the petition, ECF No. 105 , has been included in the chart as well.

through the Chesterfield Community Service Board, which he began in July, 2026. Separately, Mr. Nasiruddin has been seeing his counselor in sex offender treatment, Mr. Stuart Hallaron, every two weeks for approximately one year, and the two have developed a positive working relationship.

Given his employment, ongoing successful treatment with a counselor in sexual offender treatment, and the absence of any positive drug tests in six months, Mr. Nasiruddin requests the Court continue sentencing for approximately 60 days to allow him to continue demonstrating compliance with his Supervision.

Dated: September 9, 2026 By: ______/s/______________________

Nathaniel Wenstrup
Assistant Federal Public Defender
Virginia State Bar No. 96324
1650 King Street, Suite 500
Alexandria, VA 22314
Nate_Wenstrup@fd.org
(703) 600-0825 – direct